# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   GARY D. CHRISTEN & MARY E. CHRISTEN          Case Number: 05-74521
306 NORTH 5TH STREET          SSN-xxx-xx-1767 & xxx-xx-6849
OREGON, IL 61061

Case filed on:   9/1/2005
Plan Confirmed on:   10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $63,044.09          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,735.22 | 2,735.22 | 2,735.22 | 0.00 |
|   | Total Legal | 2,735.22 | 2,735.22 | 2,735.22 | 0.00 |
| 211 | DIRECT LOAN SERVICING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GARY D. CHRISTEN | 0.00 | 0.00 | 14.10 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 14.10 | 0.00 |
| 001 | BYRON BANK | 66,331.62 | 0.00 | 0.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 38,565.52 | 0.00 | 0.00 | 0.00 |
|   | Total Secured | 104,897.14 | 0.00 | 0.00 | 0.00 |
| 003 | LVNV FUNDING LLC | 8,854.63 | 8,854.63 | 8,854.63 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BELVIDERE PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SMC | 114.62 | 114.62 | 114.62 | 0.00 |
| 008 | LVNV FUNDING LLC | 2,067.90 | 2,067.90 | 2,067.90 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 7,437.14 | 7,437.14 | 7,437.14 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 11,582.07 | 11,582.07 | 11,582.07 | 0.00 |
| 011 | US DEPARTMENT OF EDUCATION | 10,863.34 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,008.84 | 2,008.84 | 2,008.84 | 0.00 |
| 013 | KOHL'S DEPARTMENT STORE | 1,128.18 | 1,128.18 | 1,128.18 | 0.00 |
| 014 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LUKE CHRISTEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 9,096.78 | 9,096.78 | 9,096.78 | 0.00 |
| 018 | MBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,823.78 | 1,823.78 | 1,823.78 | 0.00 |
| 020 | LVNV FUNDING LLC | 1,666.59 | 1,666.59 | 1,666.59 | 0.00 |
| 021 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCK VALLEY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 140.00 | 140.00 | 140.00 | 0.00 |
| 026 | LVNV FUNDING LLC | 10,179.03 | 10,179.03 | 10,179.03 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SWEDISH AMERICAN MEDICAL GROUP | 174.18 | 174.18 | 174.18 | 0.00 |
| 029 | WILLIAM B. FORD | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Unsecured | 67,137.08 | 56,273.74 | 56,273.74 | 0.00 |
|   | Grand Total: | 174,769.44 | 59,008.96 | 59,023.06 | 0.00 |

Total Paid Claimant:   $59,023.06
Trustee Allowance:   $4,021.03         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just. Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009              By  /s/Heather M. Fagan